USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STASON SUTTON,

Plaintiff,

-against-

ZAPCO 1500 INVESTMENT, L.P., and THE FINER DINER, LLC,

Defendants.

26-CV-01222 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff Stason Sutton brings this action against Defendants Zapco 1500 Investment, L.P. ("Zapco") as landlord, and The Finer Diner, LLC ("Finer Diner") as tenant, asserting claims for violations of Title III of the Americans with Disabilities Act ("ADA") and analogous provisions of the NYCHRL and NYSHRL. On June 5, 2026, Zapco crossclaimed against Finer Diner for breach of contract, New York common law indemnification, and New York common law contribution. Dkt. No. 20. On June 17, 2026, the Court adopted a case management plan and scheduling order, setting an October 14, 2026 deadline for the close of fact discovery and a November 30, 2026 deadline for the close of expert discovery. Dkt. No. 25. On August 12, 2026, Defendant Finer Diner filed a notice that it has filed for Chapter 11 bankruptcy but continues to operate the premises as a debtor-in-possession. Dkt. No. 27.

On consideration of the foregoing, this action is hereby STAYED as to Finer Diner consistent with 11 U.S.C. § 362(a)(1). Because Finer Diner continues to operate the premises as a place of public accommodation, Zapco does not have a colorable basis for a 12(b)(1) motion alleging lack of standing. Nevertheless, because the stay potentially implicates Zapco's crossclaims against the Finer Diner, Plaintiff and Zapco are hereby ORDERED to meet and confer and file a status update by **August 28, 2026**, indicating whether either party seeks an order staying the entirety of this lawsuit during the pendency of Finer Diner's bankruptcy petition, and otherwise providing the parties' views on how Finer Diner's bankruptcy case affects the progress of this matter. The current discovery schedule remains in effect pending further order of the Court.

Dated: August 13, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge